Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Tampa__ Division

Plaintiff(s): __James Hughes__

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): __Gavin Nestor, G. Scoles, Tim Perry, Mar__

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __8:25-cv-2506-KKM-AAS__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: __James Hughes__
Street Address: __3021 State Rd 590__
City and County: __Clearwater, Fla. 33759__
State and Zip Code:
Telephone Number: __727-674-5695__
E-mail Address: __JimmyTheC70@gmail.com__

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.



Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Gavin Nestor
- Job or Title (if known): Supervisor
- Street Address: 10292 U.S. Highway 19 N, Pinellas Park #300
- City and County:
- State and Zip Code: 33762
- Telephone Number: 304-842-1548
- E-mail Address (if known):

Defendant No. 2
- Name: Gavin Seales - V.P.
- Job or Title (if known):
- Street Address: 2687 Mikrow Dr, Stanly, N.C.
- City and County:
- State and Zip Code:
- Telephone Number: #304-820-3110
- E-mail Address (if known):

Defendant No. 3
- Name: Tim Perryman
- Job or Title (if known): CEO of Atlantic 2
- Street Address: 1325 Lennier Rd
- City and County: Cummings, GA. 30041
- State and Zip Code:
- Telephone Number: #864-234-0019
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | metal Roofing of Florida |
| Street Address | 10242 U.S. Highway 19 N. Pinellas Park |
| City and County | Pinellas Park Fl. |
| State and Zip Code | 33782 |
| Telephone Number | 704-842-1548 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)* See Exhibit A

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

See Exhibit A

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
April 9th of 2023 – Thru out every Summer up until the Present.

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
Hirnted O'CC, Rybio Nylosious, emoniv Distictes Disorder

E. The facts of my case are as follows. Attach additional pages if needed.

I Believe that My employeers were well informened of My Disblty ——— Continue

E. cont.

On or Around April of 2023, I requested light duty - That was Rejected.

We moved to a different location Then when it started to get Hot I Started to Break out in Rashes All over my Body, on May 15th I went to the Emergency Room An was Diagnosed with 1st and 2nd degree Burns. Time went on And my Back got worse, it Turned into impetigo. cleared up within a couple of weeks went Back to Redicare - my (Back was Blistered) They gave me (Sterial) shots Took A couple Days off of work. went Back Had an Appointment on Aug 11th 2025 by a Dermologist They Took a Biospsy's of my Back Took that Day off. Had Appointment to go Back And see Dermologist on Aug 29th 2025.

Page 2

During all this time plantiff was getting hurt due to other's wrong doings, also getting blamed for jobs done incorrectly, But plantiff asserts that plantiff did not have (1) one Right of his who Time there, on Aug 25th 2025 plantiff was working in the Rain, After the Job was completed it was shown that there was a Dent in the panel, not visible during the Rain. Plantiff was sent home early, the next Plantiff Aug 26th 2025 plantiff was let go. plantiff went to his August 29th appointment I was explained that Petitioner Has A Amune Difficency Disorder Caused by Heat & Stress, And allegy.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Burns on Back - Redi-core
Severe Heat Rash - Redi-core
impetigo - Redicore
Anunine Dificincy syndrom - Determnoglist

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

3.2 million cost of forwording this Lawsuite money for pain and suffering 8 months of pain while I was working, slonder, -it was said "I Have A tendency of getting Hurt,"
getting stiches in Hand, leg,
Hemotoma on Colf, and Stomoch
stomoch is still on going.
Future Amone Dificiency Disorder Affecting Future work,

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Ae Sept, 16th 2025

Signature of Plaintiff: James Hughes
Printed Name of Plaintiff: JAMES HUGHES

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____